UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MERNIN,** *et al.*                                                                                                     **CIVIL ACTION**

**VERSUS**                                                                                                               **No. 06-7494**

**STATE FARM FIRE AND CASUALTY CO.,** *et al.*                                            **SECTION: I/1**

## ORDER

Before the Court is a joint stipulation filed by plaintiffs, Donna and Edward A. Mernin, Jr., and defendants, Carl Mixon and State Farm Fire and Casualty Company. The parties agree that the amount in controversy in this matter cannot exceed the sum of $75,000.00, exclusive of interest and costs, that this Court does not have subject matter jurisdiction over the case, and that the case should be remanded to state court.

A court may consider post-removal evidence that clarifies the jurisdictional facts as they existed at the time of removal; however, a court may not consider post-removal events in determining whether the amount in controversy is met. *See St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253-54 & n.18 (5th Cir. 1998); *Asociacion Nacional de Pescadores a Pequena Escala o Artesanales de Colom. v. Dow Quimica de Colom. S.A.*, 988 F.2d 559, 565 (5th Cir. 1993), *abrogated on other grounds*, *Marathon Oil Co. v. Ruhrgas*, 145 F.3d 211 (5th Cir. 1998). A stipulation may effectuate a remand where it is used to clarify an ambiguous petition, rather than to reduce the initial amount in controversy after removal. *Hummel v. State Farm Mut. Auto. Ins. Co.*, No. 04-1386, 2005 U.S. Dist. LEXIS 127, at *4 (E.D. La. Jan. 5,

2005) (Porteous, J.) (citing *Marcel v. Pool Co.*, 5 F.3d 81, 85 (5th Cir. 1993)).  The Court finds that plaintiffs' state court petition is ambiguous as to damages and that the joint stipulation filed by the parties clarifies this ambiguity.

Accordingly,

**IT IS ORDERED** that the above-captioned matter is **REMANDED** to the 24th Judicial District Court for the Parish of Jefferson, Louisiana.

New Orleans, Louisiana, February __26th__, 2007.

```
                                  _____
                                          LANCE M. AFRICK
                                   UNITED STATES DISTRICT JUDGE
```